## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **MARCELO SOSTAITA, Individually,** | § | |
| **and on behalf of all others similarly** | § | |
| **situated,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO. MO:19-CV-00127** |
| | § | |
| **EXPLORE GROUP, LLC, ET AL.** | § | |
| *Defendants.* | § | |

## ORDER

The Court has been notified the above styled case has settled, pursuant to the Joint Notice of Settlement (Doc. 35) filed January 18, 2022.

Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case is ordered to file the papers necessary to dismiss this action on or before **THIRTY (30)** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 19th day of January, 2022.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE